IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                          PLAINTIFF

v.                          No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L. PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W. INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                        DEFENDANTS

## ORDER

The trial is going slower than expected; the Court therefore continues the status conference. We'll start at 3:30 pm. The Court appreciates everyone being flexible.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2016