IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                                                               PLAINTIFF

v.                                            No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                                                         DEFENDANTS

ORDER

**1.** Tillery's motion for clarification actually seeks reconsideration on the protective order/contact/transfer issues that the Court has previously addressed several times. The Court again notes the following: Tillery is not her husband's lawyer; he is not a party to this case, and has not sought to become a party; there has been no showing that ADC is harassing him based on this case or interfering with his access to the Court; the Court has granted Tillery a post-deposition meeting in October with her husband for trial preparation; and Tillery still has periodic email and mail contact with her

husband. The record has not materially changed. The motion to clarify and reconsider is therefore denied.

2. Tillery's motion to compel is denied without prejudice. She must follow the Court's procedure specified in the Final Scheduling Order, № 27 *at 2*, for bringing discovery disputes to the Court for decision. Among other things, that Order states: "Do not file motions to compel." *Ibid.* This direction is clear and unequivocal. Tillery acknowledges the Court's procedure, № 30 *at* ¶ 13, but has not followed it. The Court cautions her about complying with all the Court's orders.

\* \* \*

№ 29, denied. № 30, denied without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2016