IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                              PLAINTIFF

v.                              No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS,
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                           DEFENDANTS

ORDER

1. Tillery's motion to submit another joint report, № 40, is denied. The ADC Defendants didn't delete any of Tillery's writing when they electronically filed the first report, № 39. And the relevant exhibits Tillery filed with her proposed second report are already on the record.

2. Tillery's embedded request for a hearing, № 40 at ¶ 10, is denied. No hearing is needed.

3. Each side's papers contain an embedded request to impose sanctions. № 40 at ¶ 4; № 41 at ¶ 16. Those requests are denied. FED. R. CIV. P. 11(c)(3).

The Court urges all the parties to be patient and continue trying to cooperate.

4. The Court is studying the discovery dispute described in the joint report, № 39, and will address it in a separate order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2016