IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                          PLAINTIFF

v.                          No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS,
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                       DEFENDANTS

ORDER

The parties indicated they may call an inmate witness, Matthew Tillery. The Court needs Tillery's full name, ADC number, and location for a transport order. The ADC defendants must file this information by 30 November 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2016

1