IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                                         PLAINTIFF

v.                                    No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS,
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                                       DEFENDANTS

ORDER

1.   The defendant's motion for a transport Order, № 45, is granted.

2.   This case is scheduled for bench trial, 20-21 December 2016 at the Richard Sheppard Arnold United States Courthouse, Courtroom 1A, 500 West Capitol Avenue, Little Rock, Arkansas.

-1-

3.   The parties plan to call a witness who is currently incarcerated at the North Central Unit of the Arkansas Department of Correction.

4.   The Court directs the Arkansas Department of Correction to ensure the attendance of witness, Matthew Tillery (ADC #134761), North Central Unit, 10 Prison Circle, Calico Rock, Arkansas, 72519 to testify at the trial of this matter at 9:00 a.m. on 20 December 2016 in Courtroom 1A for each day of trial until he is no longer needed or is dismissed by the Court.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>22 November 2016</u>