IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                                              PLAINTIFF

v.                                       No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D WILLIAMS,
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                                          DEFENDANTS

ORDER

1. Mrs. Tillery's motion for Marshal service of four subpoenas, № 52, is denied without prejudice. As the Court explained at the hearing some months ago, she may apply for IFP status (under seal). If she does, and if the Court grants her motion, then the Court will reconsider these service issues.

2. Mrs. Tillery's motion to get the name of the visitation clerk at the North Central Unit, № 53, is granted. Discovery closed a month ago. But the effort involved in responding is *de minimus*; this person may indeed have relevant knowledge; and the Court declines to decide now exactly who may

testify about what. Please provide the name, by email, by 7 December 2016.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016