IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY TILLERY                                                          PLAINTIFF

v.                              No. 1:16-cv-69-DPM

WENDY LYNNE KELLEY, in her
individual and official capacity as the
Director of the Arkansas Department of
Correction; DEXTER L. PAYNE, in his
individual and official capacity as Deputy
Director of the ADC; STEPHEN D. WILLIAMS
in his individual and official capacity as Warden
of the North Central Unit of the ADC; and
BILLY W. INMAN, in his individual and official
capacity as Deputy Warden of the North Central
Unit of the ADC                                                        DEFENDANTS

## JUDGMENT

The case was tried to the bench on 20-21 December 2016 in a combined trial on the merits and permanent injunction proceeding. For the reasons stated on the record after all the proof and argument, as supplemented by the citations in № 72, the Court finds in favor of the ADC Defendants on all claims. Tillery's complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2016